IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00846-CMA-BNB

RANDY BROWN,

Plaintiff,

v.

FRANCK'S LAB, INC., individually and d/b/a Franck's Compounding Lab and/or Franck's Pharmacy, Inc,
WELLS PHARMACY NETWORK, L.L.C.,
PAUL W. FRANCK, R.Ph.; and
ANTHONY JAMES CAMPBELL, R.Ph.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Stay Proceedings Pending Transfer to MDL, or in the Alternative to Reschedule the June 20, 2013 Scheduling Conference and Extend Deadlines** [docket no. 11, filed May 29, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as to resetting the Scheduling/ Planning Conference.

IT IS ORDERED that the Scheduling Conference set for June 20, 2013, is **vacated and reset to September 27, 2013, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **September 20, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: May 30, 2013